# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 18-5045**  September Term, 2017

1:15-cv-01604-BAH

Filed On: February 15, 2018 [1718200]

Javier A. Mayorga,

    Appellant

  v.

Stephen T. Ayers, Architect of the Capitol,

    Appellee

## O R D E R

The notice of appeal was filed on January 31, 2018, and docketed in this court on February 15, 2018. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 19, 2018 |
| Docketing Statement Form | March 19, 2018 |
| Entry of Appearance Form | March 19, 2018 |
| Procedural Motions, if any | March 19, 2018 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 19, 2018 |
| Statement of Issues to be Raised | March 19, 2018 |
| Transcript Status Report | March 19, 2018 |
| Underlying Decision from Which Appeal or Petition Arises | March 19, 2018 |
| Dispositive Motions, if any (Original and 4 copies) | April 2, 2018 |

It is

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 18-5045**                                                               September Term, 2017

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 19, 2018 |
| Entry of Appearance Form | March 19, 2018 |
| Procedural Motions, if any | March 19, 2018 |
| Dispositive Motions, if any (Original and 4 copies) | April 2, 2018 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Lynda M. Flippin
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases